PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Transferring Court)*
CR-24-00665-001-TUC-SHR (LCK)

**DOCKET NUMBER** *(Receiving Court)*
2:25-cr-00082-APG-BNW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jordan Elliot Martin | District of Arizona | 4: Tucson |

**NAME OF SENTENCING JUDGE**
Honorable Scott H. Rash
United States District Judge

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 6/27/2024
TO: 8/18/2027

**OFFENSE**
Violating Title 8, U.S.C. §1324(a)(1)(A)(ii) and 8, U.S.C. §1324(a)(1)(B)(i), Transportation of Illegal Aliens for Profit, a Class C Felony offense

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Familial and Prosocial Ties

## PART 1- ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Jordan Elliot Martin, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/27/2025
Date

*[signed]*
Honorable Scott H. Rash
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2- ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT DISTRICT OF DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 4, 2025
Effective Date

*[signed]*
United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jordan Elliot Martin
Case No.:  2:25-cr-00082-APG-BNW

**REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**

April 2, 2025

TO:     United States District Judge

On June 27, 2024, Mr. Martin was sentenced to Time Served, followed by 3 years of supervised release for the offense of Transportation of Illegal Aliens for Profit in the District of Arizona. This same day, he commenced supervision in the District of Nevada.

Mr. Martin has significant ties to our community and intends to remain in our district for the duration of supervised release. In order to address any matter that may require Court intervention in an efficient manner, it is respectfully requested the court accept jurisdiction of this case.

Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable Scott H. Rash agreeing to relinquish jurisdiction of this case.

Should the Court have any questions or concerns, please contact the undesigned officer at (702-378-0704 or Zachary_warner@nvp.uscourts.gov

Respectfully submitted,

Digitally signed by Zack Warner
Date: 2025.04.02 14:07:16 -07'00'

Zachary Warner
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.04.02 14:05:56 -07'00'

Steve M Goldner
Supervisory United States Probation Officer