RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Jordan Elliot Martin

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00082-APG-BNW |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (First Request) |
| JORDAN ELLIOT MARTIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Jordan Elliot Martin, that the Revocation Hearing currently scheduled on April 1, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to investigate the allegations within the petition.

2.      Additionally, more time is needed for defense counsel to engage in negotiations with the government for a potential resolution.

3.      The defendant is in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 26th day of March, 2026.


RENE L. VALLADARES                    TODD BLANCHE
Federal Public Defender               Deputy Attorney General of the United
                                      States


By */s/ Dawn A. Penn*                 By */s/ Melinda Brewer*

DAWN A. PENN                          MELINDA BREWER
Assistant Federal Public Defender     Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00082-APG-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| JORDAN ELLIOT MARTIN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 1, 2026 at 10:00 a.m., be vacated and continued to May 14, 2026 at the hour of 2:30 p.m. in Las Vegas Courtroom 6C; or to a time and date convenient to the court.

DATED this 27th day of March, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3